

FILED
14-0507
12/21/2015 11:12:50 AM
tex-8319763
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# IN THE SUPREME COURT OF TEXAS

## Oral Argument Submission Form

Cause No.   14-0507

Style:   INEOS USA, LLC f/k/a Innovene USA, LLC, et al.

v.   Johannes "Joe" Elmgren, et al.

Notice of setting for oral submission by the Supreme Court of Texas, as numbered and styled above, is herewith acknowledged and of the submission date for oral argument on:

Date Of Oral Argument:   01/12/2016

9:00a.m.

Oral argument on behalf of: ☑ Petitioner      ☐ Relator      ☐ Other

☐ Respondent      ☐ Real Party In Interest

Oral Argument Will Be Presented By:

David M. Gunn

(Please print your name above as you wish it to appear on the Court's Submission Schedule)

Firm Name   Beck Redden LLP

Full Address   1221 McKinney, Suite 4500, Houston, TX  77010

Telephone No.   (713) 951-3700

Counsel For   Petitioners, INEOS USA, LLC, f/k/a Innovene USA, LLC, et al.

PLEASE NOTE: All attorneys must file this submission form through the eFileTexas.gov electronic filing system.
Petitioner/Relator/Appellant is assessed an additional $75.00 fee for the oral submission of the petition. This fee is due and payable prior to the submission of this cause in oral argument before the Court.